UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS MASTOS,

    Plaintiff,　　　　　　　　　　　　　　　　　Case No. 4:21-cv-10050
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

RECEPTION AND GUIDANCE CENTER,

    Defendant.
_____/

## ORDER SUMMARILY DISMISSING CASE

On January 7, 2021, Nicholas Mastos commenced this action by filing a letter request seeking assistance in filing a prisoner civil rights complaint. Besides failing to file a complaint, Plaintiff did not pay the required filing fee, nor did he submit an application to proceed in forma pauperis. The Court issued an Order to Correct Deficiency on February 9, 2021, informing Plaintiff of the minimum requirements for initiating an action, and informing Plaintiff that if he did not correct his filing deficiencies by May 3, 2021, the case may be dismissed. The time for correcting the filing deficiencies has now passed. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/Matthew F. Leitman
　　　　　　　　　　　　　　　　　　　　　　MATTHEW F. LEITMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: May 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 17, 2021, by electronic means and/or ordinary mail.

                                                            <u>s/Holly A. Monda</u>
                                                            Case Manager
                                                            (810) 341-9764