UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS MASTOS,

    Plaintiff,

Case No. 4:21-cv-10050
Hon. Matthew F. Leitman

v.

RECEPTION AND GUIDANCE CENTER,

    Defendant.
_____/

## **JUDGMENT**

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

Dated at Flint, Michigan, this 17th, day of May, 2021.

                                              KINIKIA ESSIX
                                              CLERK OF COURT


                                  By:    s/Holly A. Monda
                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge